# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 22-mj-00019 (GMH) |
| **v.** : | |
| : | |
| **KENNETH DUNCAN MASSIE** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Will Widman is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 11, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Will N. Widman
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov